# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARGARITA MARTINEZ RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:16-cv-01942-APG-VCF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION**<br><br>(ECF Nos. 22, 24, 29) |

Magistrate Judge Ferenbach issued a Report and Recommendation (ECF No. 29) recommending I remand to the agency for further proceedings. No one objected to Judge Ferenbach's Report & Recommendation. Having reviewed the administrative record de novo, I accept Judge Ferenbach's recommendations.

IT IS THEREFORE ORDERED that the Report and Recommendation **(ECF No. 29) is accepted**. This matter is remanded to the administrative law judge for further proceedings.

IT IS FURTHER ORDERED that plaintiff Margarita Martinez Rodriguez's motion to reverse or remand **(ECF No. 22) is GRANTED**.

IT IS FURTHER ORDERED that defendant Nancy A. Berryhill's cross-motion to affirm **(ECF No. 24) is DENIED**.

DATED this 29th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE