**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARITA MARTINEZ RODRIGUEZ, | ) Case No.: 2:16-cv-01942-APG-VCF |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| vs. | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| | ) AND COSTS PURSUANT TO 28 |
| NANCY A. BERRYHILL, Acting | ) U.S.C. § 1920 |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,250.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:     December 4, 2017

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE